PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
|    ) | |
|                    vs.    ) | **Docket Number:  1:04CR5219** |
|    ) | |
| **KAISHA L. JONES**    ) | |
|    ) | |

On July 9, 2004, the above-named was placed on supervised release for a period of 4 years. she has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL
Senior United States Probation Officer**

Dated:    August 14, 2006
          Bakersfield, California
          FE:dk

                 /s/ Rick C. Louviere

**REVIEWED BY:** _____
          **Rick C. Louviere
          Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Kaisha L. JONES**
**Docket Number:   1:04CR5189**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| August 15, 2006 | /s/ OLIVER W. WANGER |
| **Date** | **Honorable Oliver W. Wanger** |
| | **Senior United States District Judge** |

FE:dk
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office